### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LARRY WAYNE JONES,                                                                    PLAINTIFF
ADC #70147

v.                                    No. 5:12CV00117 JLH-JTK

CURTIS MEINZER, et al.                                                              DEFENDANTS

### ORDER

Plaintiff's Motion to Correct this Court's Order directing service, which is construed as a Motion to Dismiss Defendants Curtis Meinzer, James Banks, and Larry May from his Amended Complaint, is hereby GRANTED. Document #9. Curtis Meinzer, James Banks, and Larry May are hereby dismissed.

IT IS SO ORDERED this 31st day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE