**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| LARRY WAYNE JONES, ADC #70147 | | PLAINTIFF |
| v. | No. 5:12CV00117 JLH-JTK | |
| CURTIS MEINZER, et al. | | DEFENDANTS |

**ORDER**

Plaintiff's Motion to Correct this Court's Order directing service, which is construed as a Motion to Dismiss Defendants Curtis Meinzer, James Banks, and Larry May from his Amended Complaint, is hereby GRANTED. Document #9. Curtis Meinzer, James Banks, and Larry May are hereby dismissed.

IT IS SO ORDERED this 31st day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE