**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY WAYNE JONES,
ADC #70147                                                                                                PLAINTIFF

5:12CV00117-JLH-JTK

CURTIS MEINZER, et al.                                                                              DEFENDANTS

**ORDER**

This matter is before the Court on Defendants' Motion for Summary Judgment (Doc. No. 46). Plaintiff has now filed a Response, Brief, and Declaration, raising additional issues for this Court's consideration (Doc. Nos. 53-56). In light of such, the Court finds that Defendants should file a Reply, addressing the following:

1) security concerns associated with a one-fourth inch beard;

2) all exceptions to the one-fourth inch beard requirement and methods of monitoring these exceptions;

3) rules governing the current grooming policy addressing shaving, such as how often each inmate should shave, and what procedures are in place for inmates who do not possess a razor or are not allowed to possess a razor.

Defendants should include any affidavits and/or exhibits in support of their discussion of these issues, and **should file their Reply within fifteen days** of the date of this Order. Plaintiff **may respond to the Reply within ten days** thereafter.

IT IS SO ORDERED this 6th day of June, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE