**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LARRY WAYNE JONES,                                                                          PLAINTIFF
ADC #70147

v.                                           5:12CV00117-JLH-JTK

CURTIS MEINZER, et al.                                                                      DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Response to the Court's August 23, 2013 Order, asking to excuse witness Benny Magness from appearing at the August 28, 2013 Summary Judgment Hearing (Doc. No. 80). Defendants state Mr. Magness will not be available to attend the hearing, and as Chairman of the Board of Correction, he is not involved in the daily application of the grooming policy at issue in Plaintiff's Complaint. Defendants also state that the other witnesses expected to testify at the hearing are the persons most knowledgeable about the grooming policy, and informed the Court by telephone that Defendant Ray Hobbs will be present at the Hearing, despite their earlier belief that he would be out of town.

In light of such, the Court hereby AMENDS its August 23, 2013 Order, and excuses witness Benny Magness from attending the August 28, 2013 Hearing. Defendants shall ensure the attendance of witness Ray Hobbs at the Hearing.

IT IS SO ORDERED this 27th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1