**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY WAYNE JONES,                                                                                         PLAINTIFF
ADC #70147

v.                                            No. 5:12CV00117-JLH-JTK

CURTIS MEINZER et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff Jones prevails on his RLUIPA Complaint against Defendants with respect to his request for a religious exemption to the ADC grooming policy, and is entitled to wear a one-fourth inch beard.

2. Plaintiff's request to amend his injunctive relief is DENIED. Document #58.

3. Plaintiff's request for expungement of his disciplinary history is DENIED.

4. Plaintiff's Motion to file a Second Amended Complaint is DENIED. Document #117.

5. Plaintiff's Motion for Preliminary Injunction is DENIED as moot. Document #118.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE