# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LARRY WAYNE JONES,                                                                       PLAINTIFF
ADC #70147

v.                                    No. 5:12CV00117-JLH-JTK

CURTIS MEINZER et al.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that Judgment is entered in favor of Plaintiff Larry Wayne Jones on his injunctive relief RLUIPA claim against Defendants. Defendants shall grant Plaintiff a religious exemption to the ADC grooming policy.

The Clerk is directed to close this case.

IT IS SO ADJUDGED this 10th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE